# UNITED STATES
## v.
## JAMES RILEY

### 1811

JOURNAL ENTRIES

1. Appearance . . . . . . . . . . . . *Journal, infra,* *p. 343

PAPERS IN FILE

[None]

# UNITED STATES
## v.
## JEANBAPTISTE VERNIER, DIT LADOUCEUR

### 1811

JOURNAL ENTRIES

1. Appearance . . . . . . . . . . *Journal, infra,* *p. 343
2. Indictment delivered . . . . . . . . . . . " 362
3. Plea; sentence; satisfaction acknowledged . . . . . " 363

PAPERS IN FILE

1. Recognizance . . . . . . . . . . . . . . . .
2. Indictment . . . . . . . . . . . . . . . .
3. Capias and return . . . . . . . . . . . . . .